# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand fourteen,

| | |
|---|---|
| Vista Healthplan, Inc., on behalf of itself and all others similarly situated, Pennsylvania Employees Benefit Trust Fund, on behalf of itself and all others similarly situated, Painters District Council No.30 Health and Welfare Fund, Philadelphia Federation of Teachers Health and Welfare Fund, | **ORDER** <br> Docket No. 14-215 |

        Plaintiffs - Appellees,

Meijer, Inc., Meijer Distribution, Inc., Rochester Drug Co-Operative, Inc., Louisiana Wholesale Drug Company, Inc.,

        Plaintiffs,

v.

Ferring B.V., Aventis Pharmaceuticals, Inc.,

        Defendants - Appellees,

v.

Humana Inc., Aetna Inc., WellPoint Inc.,

        Miscellaneous - Appellants,

Blue Cross Blue Shield Association, Blue Cross and Blue Shield of Florida, Inc., Blue Cross and Blue Shield of Massachusetts, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Rhode Island, Blue Cross Blue Shield of Tennessee, Blue Cross and Blue Shield of Vermont, EmblemHealth, Government Employees Health Association, Harvard

MANDATE ISSUED ON 05/07/2014

Pilgrim Health Care, Inc., Hawaii Medical Service Association, United Healthcare Services, Inc.,

  Objectors - Appellants.

_____

  The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

  The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit